IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE

OMAR DAVILA MEJIAS

DEBTOR

Case No. 18-02464 (BKT)

Chapter 13

RECEIVED AND FILED - SJ-PR
USBC '18 MAY 29 AM10:53

## MOTION TO DISMISS PETITION FOR FAILURE TO PERFECT FILING

TO THE HONORABLE COURT:

**COMES NOW DSO CREDITOR, JESSICA QUINTERO CARABALLO** *pro se* and respectfully prays as follows:

1. The chapter 13 voluntary petition was filed on **May 3, 2018**. The §341 Meeting of Creditors is scheduled in less than 8 days counting weekends, for **June 7, 2018**.

2. The petition filed did not include schedules, statements, and other required information so that creditors of this Estate can prepare for the §341 Meeting and become aware of the financial affairs and situation of this Debtor in a timely manner and avoid delays or continuances of the same.

3. As of today, **25 days** have elapsed and Debtor has not complied with Fed. R. Bankr. P. 1007(c), nor has a motion to extend the Rule 1007(c) 14-day deadline been filed by Debtor or on his behalf.

4. Rule 1007(c) of the Bankruptcy Code provides as follows:

*"...In a voluntary case, the schedules, statements, and other documents required by subdivision (b)(1), (4), (5), and (6) shall be filed with the petition or within 14 days thereafter, except as otherwise provided in subdivisions (d), (e), (f), and (h) of this rule."*

5. There is delay prejudicial to this creditor since she is the holder of a DSO claim and she and her children are being prejudiced by delay by this Debtor.

6. Appearing DSO creditor requests, that Debtor be ordered to notice her with all documentation to be sent to the Chapter 13 Trustee as required by §521 and by this District:

"(e)(1) If the Debtor in a case under chapter 7 or 13 is an individual and if a creditor files with the court at any time a request to receive a copy of the petition, schedules, and statement of financial affairs filed by the Debtor, then the court shall make such petition, such schedules, and such statement available to such creditor."

"**(C)** If a creditor requests a copy of such tax return or such transcript and if the Debtor fails to provide a copy of such tax return or such transcript to such creditor at the time the Debtor provides such tax return or such transcript to the trustee, then the court shall dismiss the case unless the Debtor demonstrates that the failure to provide a copy of such tax return or such transcript is due to circumstances beyond the control of the Debtor."

7. A reduced notice period is requested since the §341 is near and more delay may be added to the already inordinate time Debtor has taken to complete the schedules and statements and avoid delay or continuance of the §341 Meeting of Creditors if the Court allows Debtor to cure the late filing of schedules and statements.

**WHEREFORE** it is respectfully requested from this Honorable Court to order the dismissal of this case without further notice for non-compliance with Rule 1007(c); order Debtor to notice DSO creditor with all documentation to be submitted to the Chapter 13 Trustee as required under §521 and in this District; and any such other remedy it may deem just and proper.

## NOTICE OF RESPONSE TIME

Within three (3) days after service as evidenced by the certification, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the present document with the Clerk of the Court using the CM/ECF System which will send notification of such filing to: Jose Ramon Carrion Morales, Chapter 13 Trustee; Carlos A. Ruiz Rodriguez attorney for Debtor; Jose Sanchez Velez, attorney for Banco Popular de PR& to A.U.S.T. Monsita Lecaroz Arribas, U.S. Trustee. A copy has also been mailed to the Debtor at: Las Haciendas 15057, Calle Cuatro Camino, Canovanas, PR 00729

**I ALSO CERTIFY** that I have mailed thru the United States Postal Service an exact copy of the present document to the non-CM/ECF participants as per Creditors Matrix herein attached

In Caguas, Puerto Rico, this 28th day of May, 2018.

/S/JESSICA QUINTERO CARABALLO
*PRO SE*
110 VIA CAFETAL
HACIENDA SAN JOSE
CAGUAS, P.R. 00727-3034
TEL. (787) 642-5538
Email: dra.jquintero@gmail.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 18-02464-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Mon May 28 14:11:34 AST 2018 | BANCO POPULAR DE PUERTO RICO (BDS)<br>BERMUDEZ, DIAZ & SANCHEZ LLP<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| ASOCIACION DE CONDOMINES/PREFERRED HOME SERV<br>PO BOX 4069<br>BAYAMON, PR 00958-1069 | AUXILIO MUTUO<br>PO BOX 191227<br>SAN JUAN, PR 00919-1227 | BANCO POPULAR AUTO<br>PO BOX 50045<br>SAN JUAN, PR 00902 |
| BANCO POPULAR DE PR - MORTGAGE SERVICING<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | BANCO POPULAR DE PR VISA<br>PO BOX 3228<br>SAN JUAN, PR 00936 | BANCO POPULAR DE PUERTO RICO<br>BERMUDEZ DIAZ & SANCHEZ LLP<br>PO BOX 362708<br>SAN JUAN, PUERTO RICO 00936-2708 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | CRYOCELL INTERNATIONAL<br>700 BROOKER CREEK BLVD.<br>SUITE #1800<br>OLDSMAR, FL 34677-2905 | (c)JESSICA QUINTERO CARABALLO<br>110 VIA CAFETAL<br>CAGUAS PR 00727-3034 |
| LCDA. JULIA GONZALEZ DEL VALLE<br>315 AVE. MANUEL DOMENECH SUITE 3<br>SAN JUAN, PR 00918-3513 | LCDO. FRANCISCO RADINSON CARABALLO<br>URBANIZACION CAPARRA TERRACE<br>1146 AVE. AMERICO MIRANDA<br>SAN JUAN, PR 00921-2213 | SEARS CREDIT CARDS<br>CITI CREDIT SERVICES ATT. CENTRALIZED BA<br>PO BOX 20507<br>KANSAS CITY, MO 64195-0507 |
| TRIBUNAL DE PRIMERA INSTANCIA CAGUAS<br>PO BOX 491<br>CAGUAS, PR 00726-0491 | US DEPARTMENT OF JUSTICE<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | CARLOS A RUIZ RODRIGUEZ<br>PO BOX 1298<br>CAGUAS, PR 00726-1298 |
| JOSE RAMON CARRION MORALES<br>PO BOX 9023884<br>SAN JUAN, PR 00902-3884 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | OMAR DAVILA MEJIAS<br>LAS HACIENDAS 15057<br>CALLE CUATRO CAMINO<br>CANOVANAS, PR 00729 |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| JESSICA QUINTERO CARABALLO<br>HACIENDA SAN JOSE<br>VIA CAFETAL 307<br>CAGUAS, PR 00727 | End of Label Matrix<br>Mailable recipients 20<br>Bypassed recipients 0<br>Total 20 |